UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUBEN DELACRUZ and LUANN DELACRUZ,**     Plaintiffs,  v.  **AIR & LIQUID SYSTEMS CORP.**, as successor by merger to Buffalo Pumps, Inc., **CBS CORPORATION**, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant; **CRANE COMPANY**, individually and as successor to Jenkins Bros. And Weinman Pump Manufacturing Co., Chapman Valve Company and Cochrane; **ELLIOTT TURBOMACHINERY CO., INC.**; **FOSTER WHEELER L.L.C.** (Survivor to a merger with Foster Wheeler Corporation); **GENERAL ELECTRIC COMPANY;** **HOWDEN NORTH AMERICA INC.**, f/k/a Howden Buffalo, Inc.; **Rheem Manufacturing Company (Rudd Water Heater Division, individually and as successor to Hoffman New Yorker);** **Hoffman/New Yorker, Inc.;** **Alliance Laundry Systems, LLC,** individually and as successor in interest to Huebsch Laundry Co. and Ajax; **Ametek, Inc.;** **Cooper Industries,** individually and as successor to American Laundry Machinery Corp.,     Defendants. | **CASE NO. 3:17-CV-1988 (AWT)** |

## **JUDGMENT**

This action came on for consideration of the plaintiff's motion to dismiss all remaining defendants, without prejudice, in the second amended complaint before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motion and the full record of the case including applicable principles of law, granted the motion to dismiss all parties.   It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing all remaining defendants without prejudice, and this case is closed.

Dated at Hartford, Connecticut, this 27th day of November, 2019.


ROBIN D. TABORA, Clerk


By  /s/ Linda S. Ferguson
`         Linda S. Ferguson
          Deputy Clerk


EOD:  11/27/19