**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SALLY DELACRUZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF RUBEN DELACRUZ AND SALLY LUANN DELACRUZ, SURVIVING SPOUSE<br>　　Plaintiffs,<br>VS.<br><br>AIR & FLUID CORP., et al.<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 3:17-cv-01988-AWT<br><br><br><br><br><br><br><br>MAY 26, 2020 |

**PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND FOR STATUTORY INTEREST PENALTY AS TO DEFENDANT, COOPER INDUSTRIES, INC.**

The Plaintiffs in the above-captioned action hereby request an order enforcing the settlement agreement and awarding the statutory interest penalty for overdue settlement monies from the Defendant, Cooper Industries, Inc. ("Cooper" or "the Defendant").

In support of this Motion, the Plaintiffs state as follows:

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

1. The Plaintiffs filed the above-captioned action for personal injuries sustained as a result of the Plaintiff's occupational exposure to asbestos-containing products. Cooper was named as a defendant in this action.

2. Sometime prior to March 4, 2020, the Plaintiffs entered into a settlement agreement with the Defendant in this case.

3. All requirements under the settlement agreement have been fulfilled by the Plaintiffs, including supplying the Defendant with an executed release for all claims the Plaintiffs has or may have.  The duly executed release was sent to the defendant on March 4, 2020.  The settlement money came due 30 days after the Defendant's receipt of the executed release.

4. Connecticut General Statutes § 52-195c(d) provides that "[a]ny insurer or defendant with whom the settlement was reached that fails to tender settlement proceeds within the time limit set forth in this section [30 days] shall be liable for interest at a rate of twelve per cent a year on the amount of such settlement proceeds computed from the date such time limit expired."

5. Twelve percent interest per year, compounded monthly, is calculated using the following equation:

$$Principal \times \left(1\ year + \frac{interest\ rate\ expressed\ as\ a\ decimal}{number\ of\ interest\ payments\ per\ year}\right)^{number\ of\ months}$$

Applying that equation here,[1] we have the following formula to calculate the interest penalty due the Plaintiffs:

$$\$X \times (1 + \frac{0.12}{12})^2$$

So the total amount due as of the date of this Motion is the full principal multiplied by a factor of 1.02.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an order compelling the Defendant to immediately pay its unpaid settlement obligations, with statutory interest of 12% accruing from April 3, 2020.

BY: s/ Christopher Meisenkothen
Christopher Meisenkothen
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiff

---

[1] The principal is $X (no dollar amount is provided here in order to provide some level of privacy to the parties). The interest rate is 12% per annum. The number of payments per year (compounded monthly) would be 12. The number of months in the actual period as of the date of this Motion is 2 months (from April 3, 2020 to the present).

## **ORDER**

The foregoing Motion, having been heard by this Court on _____, 2020, is hereby GRANTED and the defendant is ordered to pay the Plaintiffs according to the terms of the settlement agreement, with interest at the rate of 12% per annum calculated from April 3, 2020.  Full payment, including interest, must be made within five (5) days of entry of this Order.

_____
_____, J.

**Certificate of Service**

I hereby certify that on May 26, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    s/Christopher Meisenkothen, Esq.
Christopher Meisenkothen, Esq.
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiff