UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY DELACRUZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF RUBEN DELACRUZ AND SALLY v LUANN DELACRUZ, SURVIVING SPOUSE | : : : : : | 3:17-cv-01988-AWT |
| Plaintiffs, | : : | |
| vs. | : : | |
| AIR & FLUID CORP., et al. | : : | |
| Defendants. | : | July 2, 2020 |

**DEFENDANT, COOPER INDUSTRIES, LLC's SUPPLEMENT TO ITS OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND FOR STATUTORY INTEREST PENALTY**

Cooper Industries, LLC ("Cooper") files this supplement in support of its June 16, 2020 Opposition to Plaintiffs' Motion to Enforce Settlement and for Statutory Interest Penalty.

## I. The Settlement Has Been Fully Funded

1. On June 2, 2020, Defendant sent partial settlement payment to Plaintiffs.

2. On June 24, 2020, Defendant sent partial settlement payment to Plaintiffs.

3. On June 30, 2020, Defendant sent final settlement payment to Plaintiffs, fully funding the settlement and requesting that Plaintiffs' counsel withdraw its Motion to Enforce Settlement Agreement and Request for Interest.

4. On July 1, 2020 Plaintiffs' counsel confirmed receipt of payment of the remaining balance

5. Despite Defendant having made full and final payment of the settlement, Plaintiffs still refuse to withdraw their Motion to Enforce Settlement Agreement and Request for Interest.

Cooper sent the settlement funds in three installments that added up to the total amount owed, to fully fund the settlement.

## II. Conclusion

WHEREFORE, Cooper respectfully renews its request that this Court deny Plaintiffs' Motion to Enforce Settlement Agreement and Request for Interest pursuant to Connecticut General Statutes § 52-195c(d) and provide such other relief as justice may require.

        Respectfully submitted,
        Defendant,
        Cooper Industries, LLC
        By its counsel,

        /s/ *Ryan F. Kenny*_____
        Ryan F. Kenny
        Federal Bar No. ct28756
        rkenny@cetllp.com
        Cetrulo LLP
        Two Seaport Lane, 10th Floor
        Boston, MA 02210
        Tel. (617) 217-5500
        Fax. (617) 217-5200

## Certificate of Service

I hereby certify that on July 2, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Ryan F. Kenny*_____
        Ryan F. Kenny